UNITED STATES v. R. F. DOWNING & CO.

(Circuit Court, S. D. New York. February 15, 1905.)

No. 3,654.

CUSTOMS DUTIES—CLASSIFICATION—IMITATION PRECIOUS STONES—INCRUSTED STONES—DECORATION.

In construing the provision in paragraph 435, Schedule N, § 1, Tariff Act July 24, 1897, c 11, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], for imitation precious stones not "ornamented or decorated," *held*, as to stones which have been incrusted but in which the incrustations are a part of the imitation, that they are not ornamented or decorated within the meaning of said provision.

On Application for Review of a Decision of the Board of United States General Appraisers.

The merchandise consisted of so-called "incrusted stones," imported at the port of New York by R. F. Downing & Co. The collector of customs at that port classified them as manufactures of glass or paste, under paragraph 112, Schedule B, § 1, Tariff Act July 24, 1897, c. 11, 30 Stat. 158 [U. S. Comp. St. 1901, p. 1635], against the importers' contention that they were dutiable under paragraph 435, Schedule N, § 1, of said act, c. 11, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], as "imitations of * * * precious stones, composed of glass or paste, * * * not engraved, painted or otherwise ornamented or decorated." The Board of General Appraisers sustained this contention, on the authority of a former decision, In re Eichenberg, G. A. 5,610, T. D. 25,105. The government contended that, as the articles are incrusted, inlaid, or set with stones or other material, they are "ornamented or decorated" within the meaning of said paragraph 435, and therefore excluded from its purview.

Charles D. Baker, Asst. U. S. Atty.
Comstock & Washburn, for importers.

WHEELER, District Judge. These are imitations of precious stones, within the description of such in paragraph 435, Schedule N, § 1, Act July 24, 1897, c. 11, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676]. They are incrusted, but that appears to be a part of the imitation. They are not engraved nor painted, nor otherwise ornamented or decorated than in constituting the imitations which they simply are.

Decision affirmed.